IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

Tarshinna D. Shields )
)
)
_____ )
Plaintiff(s), )
)
)
)
v. )
Hyundai Glovis of Alabama )
LLC )
_____ )
)
Defendant(s). )

CIVIL ACTION NO.

**RECEIVED**

JUL 10 2026

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

JURY DEMAND (MARK ONE)

☐ YES    ☒ NO

2:26-cv-00567-BL-CWB

COMPLAINT

1.   Plaintiff(s)' address and telephone number: 10873 Briarwood lane, Montgomery, AL 36116    (334) 912 8556

2.   Name and address of defendant(s): Glovis of Alabama 300 Hyundai Blvd Montgomery, AL 36105

3.   Place of alleged violation of civil rights: 300 Hyundai Blvd Montgomery, AL 36105

4.   Date of alleged violation of civil rights: December 9, 2025

5.   State the facts on which you base your allegation that your constitutional rights have been violated:

See attachment

1

6.      Relief requested:_____

_____

_____

_____

_____

_____

_____

Date: 7/9/26 _____

_____
Plaintiff(s) Signature

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED

JUL 1 0 2026

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF AL.

2:26-cv-00567-BL-CWB

Tarshinna Shields

**PLAINTIFF**

v.

Hyundai
Glovis of Alabama LLC

**DEFENDANT**

CASE ACTION NO.:_____

**JURY DEMAND (MARK ONE)**

☒ YES        ☒ NO

## EEOC COMPLAINT

1. Plaintiff resides at 6273 Briarwood lane Montgomery, AL 36116

2. Defendant(s)' name(s) Glovis of Alabama LLC, Hyundai

   Location of principal office(s) of the named defendant(s) 300 Hyundai Blvd Montgomery, AL 36105

   Nature of defendant(s)' business Supplier for Hyundai Motor Manufacture Of Alabama; Automotive logistics, warehousing, & supply Chain servs

   Approximate number of individuals employed by defendant(s) more than 500

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employement discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 §2000e-5(g).

4. The acts complained of in this suit concern:

   1. ☐ Failure to employ me.
   2. ☒ Termination of my employment.
   3. ☐ Failure to promote me.
   4. ☒ Other acts as specified below: Suspension, retaliation following requests for FMLA & ADA paper work, assessment of attendance points, & termination of employment

5.  Plaintiff is:

A.  ___ Presently employed by the defendant.
X Not presently employed by the defendant.  The dates of employement were
9/2021 - 12/2025 _____ Employment was terminated because:

(1)  X Plaintiff was discharged.
(2)  ___ Plaintiff was laid off.
(3)  ___ Plaintiff left job voluntarily.

6.  Defendant(s)' conduct is discriminatory with respect to the following:

A.  ___ My race.
B.  ___ My religion.
C.  ___ My sex.
D.  ___ My national origin.
E.  X Other, as specified below: Retaliation for requesting FMLA leave, exercising FMLA rights, and requesting ADA Par Per work

7.  The name(s), race, sex, and the position  or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) Barbara Williams, Human Resources

8.  The alleged discrimination occurred on or about March 2025 - December 9, 2025

9.  The nature of my complaint, i.e., the manner in which the individual(s) named above discriminated against me in terms of the conditions of my employment, is as follows:

See attached Statement of facts
I was already using intermitted FMLA for my daughter since March of 2024, after speaking with Latasha Buskey about what I was going through I let her know I would be requesting a leave & documents.

10.  The alleged illegal activity took place at Hyundai Glovis of Alabama LLC 300 Hyundai Blvd, Montgomery, AL 36105

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about December 2025 & may 2025 . I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. The letter was received by me on 4/16/26 .

12. I seek the following relief:

A. ✓ Recovery of back pay.
B. ✓ Reinstatement to my former job, and any other relief as may be appropriate, including injunctive orders, damages, costs, and attorneys fees.

Date: 7/13/26

Signature of Plaintiff

10273 Briarwood lane,
Montgomery, AL 36116
334-912-8556
Address & Telephone Number of Plaintiff