IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TARSHINNA D. SHIELDS, )
)
Plaintiff, )
)
v. ) CASE NO. 2:26-cv-00567-BL
)
HYUNDAI GLOVIS OF )
ALABAMA LLC, )
)
Defendant. )

# ORDER

On September 3, 2026, the Magistrate Judge recommended that the pending motion to dismiss (doc. 10) be granted in part and denied in part. (Doc. 19). The Magistrate Judge set the deadline for the parties to file objections to the recommendation on September 17, 2026. (Doc. 19). To date, no objections have been filed. After review of the file and upon consideration of the recommendation of the Magistrate Judge, the court **ADOPTS** the recommendation (doc. 19) and **ORDERS** as follows:

1. The motion to dismiss (doc. 10) is **DENIED** to the extent it seeks dismissal of the Plaintiff's FMLA retaliation claim.

2. The motion to dismiss (doc. 10) is **GRANTED** to the extent it seeks dismissal of the Plaintiff's ADA retaliation claim.

3. The ADA retaliation claim is **DISMISSED** with prejudice.

4. This action is **REFERRED BACK** to the Magistrate Judge for further proceedings.

A separate final judgment will be entered.

**DONE** and **ORDERED** on this the 25th day of September, 2026.

BILL LEWIS
UNITED STATES DISTRICT JUDGE